United States District Court
District of Connecticut

Wayne Rogers,
    Plantiff                    Case no.:      -CV-

V.

                                Date: Oct., 11th 2023

Rachael Fontaine, mail
Handler; Reverand DR.           Pro Se Civil Rights
Santiago, Director Religious        Complaint
Services; Chaplain Usman,
Associate Chaplain; Chaplain
Torres, Associate Chaplain;

    Defendants.


Pro Se Civil Rights

Complaint:

## Jurisdiction: (A)

1) I can bring my claim in Federal Court because I am suing State, County, or City Employees for violating my Federal Rights under 42 U.S.C. Sec. 1983, 1985, and/or 1986

## Plaintiff: (B)

1) Wayne Rogers, is currently confined in the custody of the State of Connecticut Department of Corrections, and is and was at all times relevant to this Claim housed at The Corrigan Radgowski Correctional Center (CRCC) in Uncasville Connecticut.
   Plaintiff is a convicted State prisoner.

## Defendants: (C)

1) Rachael Fontaine, is a civil employee who is employed by DOC to sort mail and forward it to unit officers to distribute. At all times mentioned herein she held this

Defendants cont. (c)

position, at Corrigan cc.

2.) DR. Santiago, is a Reverand for DOC, who at all times relevant to this claim, was and is the Director of Religious Services. He held this position at Central office, 24 Wolcott Hill RD. Wethersfield CT.

3.) Usman, is a Chaplain for DOC, who at all times relevant to this claim acted as Associate Chaplain to DOC and worked at Central office in Wethersfield.

4.) Torres, is a Chaplain for DOC, who at all times relevant to this claim, held the position of Associate Chaplain, and works at Corrigan ec on Thursdays.

5.) All Defendants were acting under color of State Law at all times relevant to this claim and, are all being sued in their official and individual Capacities.

Facts: (D)

Facts: D

1.) Plantiffs been incarserated since Sept. 2021 and is Designated as a Wiccan Religion.

2.) Plantiff has been requesting Wiccan materials from the prison chaplains through-out the entire incarseration.

3.) Plantiff asked Defendant Torres and Defendant Santiago if they could either print or "get" anything on Wicca, and was Denied.

4.) When the plantiff requested both Catholic and muslim materials both requests were obliged by both Defendants.

5.) Plantiff requested a time and place to be able to hold a Wiccan Ritual circle to both Defendants Torres and DR. Santiago and has not recieved a response.

6.) Plantiff has given both Defendants the information for a company that provides Wiccan materials free of charge to prisons for their Wiccan inmates, but both Defendants refuse to request the materials when asked.

Facts: I)

7.) In May of 2023 plantiff asked Defendant Torres for permission to order Tarot Cards for his religion's practice and was told that their allowed and to order them as I would books.

8.) When the Tarot cards arrived Defendant Fontaine, the mail room person Denied them as well as other Wiccan Books she has held, which were previously approved.

9.) In the end the plantiff was Denied his access to the Tarot cards that are approved in DOC., these Denials we at the hands of the Defendants named in this suite for no appearant reason other than Religious Bias.

10.) Plantiff looked into the issue with DOC, and was told that DOC approved the Cards, that it was Defendants Torres and Santiago who said No, but gave no reason why.

11.) Since being incarserated I've been repetativly denied access to materials, space, and time to practice my Religion.

12.) Every other Religion thats approved by the

Facts: D

BOP has a time to practice, has materials to use and study, meals, Chaplins, Elders, Imams, but the Wiccan Religion is Denied all of this.

13.) The Funds for Wicca are being allocated to other religions, and The Defendants are refuseing to even request the free stuff.

14.) Both Defendants Torres and Santiago are Directly involved with this matter personally and are also both in a position to make changes as their the number one and two people incharge of Religious services for DOC. and were both notified in wrighting multiple times.

15.) Defendant Fantane Violated the plantiffs First Amendment Rights by refuseing access to Religious materials and rejectting incomming religious Articals.

16.) Defendants Torres, and DR. Santiago Violated the plantiffs first Amendment Rights by Dening access to Religious Articals, and Bias tward the Wiccan Religion.

17.) Defendants Torres, and DR. Santiago Violated

the Religious Freedoms Act and the Land Use Act.

18.) Defendants, Fontaine, Torres, and DR. Santiago's Discriminatory acts against Wicca Violates the equal protection of plantiffs Religious Rights.

## Relief Sought: E

1.) An injunction Stopping the Discriminatory acts against Wicca within the DOC.

2.) My Tarot Cards that DOC took.

3.) Punitative Damages in the Amount of $150,000 against each Defendant Individually.

4.) Compensatory Damages as the Court Deems Fit.

5.) Any other Relief the Courts Deem Just.

## Jury Trial: F.

1.) Plantiff requests a Jury Trial

Certification: G

I certify under penalty of perjury that the information contained in this Complaint is True and accurate to the best of my knowledge. I understand that if I lie in this Complaint, I may be prosecuted for perjury, and punished with as much as Five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. § 1621, 3571.

*[signature]*

Wayne Rogers # 343651
986 Norwich, New London TPK
Uncasville, CT. 06382

At: New London, CT. on: Oct. 11th 2023